IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAVERNE M. KRIEG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 05-204-JLF |
| | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, fka Department of HHS, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

**Decision by the Court**.  This matter having come before the Court, and in accordance with the Order entered this day;

**IT IS ORDERED AND ADJUDGED** that the Commissioner's determination of plaintiff's application for disability insurance benefits and period of disability is **AFFIRMED**;

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of defendant and against plaintiff.  This action is dismissed with prejudice.

**NORBERT G. JAWORSKI, CLERK**

March 24, 2006                              By:     s/ Melinda S. Duncan

*Date*                                              *Deputy Clerk*

Approved: s/ James L. Foreman            EOD:    3/24/06     msd
            *District Judge*